FILED

2020 Apr-29  PM 05:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TRONDHEIM CAPITAL PARTNERS LP AND MTP 401K PLAN, | ) ) ) ) | |
| Plaintiffs, and | ) ) | |
| MITCHELL PARTNERS, L.P., THE HERR FOUNDATION, THE JULIE M. HERR REVOCABLE TRUST, THE JEFFREY M. HERR TRUST, JEFFREY M. HERR, BJORNSUND VENTURES, LLC, MAUREEN PETERSON, NATE TOBIK, CONANT FAMILY FOUNDATION, and EMILY CLARK, | ) ) ) ) ) ) ) ) ) ) | Case No. 4:19-CV-01413-KOB |
| Plaintiffs in Intervention, | ) ) | |
| v. | ) ) | |
| MARVIN LYNN LOWE, RAYMOND RUDOLPH RENFROW, JR., ANNE DAUGETTE RENFROW, ROSALIE RENFROW CAUSEY, ALBURTA DAUGETTE LOWE, and CLARENCE WILLIAM DAUGETTE III, | ) ) ) ) ) ) ) | **JURY DEMANDED** |
| Defendants, and | ) ) | |
| LIFE INSURANCE COMPANY OF ALABAMA, | ) ) ) | |
| Actual and Nominal Defendant. | ) ) | |

## INTERVENOR PLAINTIFFS' MOTION TO INTERVENE

COMES NOW, MITCHELL PARTNERS, L.P. ("*Mitchell*"), THE HERR FOUNDATION ("*Herr Foundation*"), THE JULIE M. HERR REVOCABLE TRUST ("*Julie Herr Trust*"), THE JEFFREY M. HERR TRUST ("*Jeffrey Herr Trust*"), JEFFREY M. HERR ("*Jeffrey Herr*"), BJORNSUND VENTURES, LLC ("*Bjornsund*"), MAUREEN PETERSON ("*Peterson*"), NATE TOBIK ("*Tobik*"), CONANT FAMILY FOUNDATION ("*Conant Foundation*"), and EMILY CLARK ("*Clark*" and, collectively, *"Intervenor Plaintiffs"*) and hereby, in their individual capacities and, derivatively, as shareholders of Life Insurance Company of Alabama, file this Motion to Intervene, Pursuant to Fed. R. Civ. P. 24(b), to file their Original Complaint in Intervention against Defendants MARVIN LYNN LOWE ("*Marvin Lowe*"), RAYMOND RUDOLPH RENFROW, JR. ("*Raymond Renfrow*"), ANNE DAUGETTE RENFROW ("*Anne Renfrow*"), ROSALIE RENFROW CAUSEY ("*Causey*"), ALBURTA DAUGETTE LOWE ("*Alburta Lowe*"), CLARENCE WILLIAM DAUGETTE III ("*Daugette*" and collectively the "*Director Defendants*"), and Nominal Defendant LIFE INSURANCE COMPANY OF ALABAMA ("*LICOA*" and collectively with the Director Defendants the "*Defendants*") and would respectfully show the Court as follows:

## I.    <u>GROUNDS FOR MOTION</u>

1.    Intervenor Plaintiffs seek to permissibly intervene in the above-referenced suit pursuant to Federal Rule of Civil Procedure 24(b).  Plaintiffs seek to file the Complaint attached as Exhibit A.

2.    As is clear from Exhibit A, the Intervenor Plaintiffs' Complaint clearly shares common issues of law and fact with this case.  Intervenor Plaintiffs have brought claims based on nearly identical facts, against identical Defendants, and certain of the causes of action are identical.  It would be a complete waste of judicial economy for Intervenor Plaintiffs to file a separate action.

3.    Intervenor Plaintiffs are completely diverse from the Defendants and will not destroy diversity.  Intervenor Plaintiffs likewise meet the amount in controversy requirements.  In addition, Intervenor Plaintiffs assert a federal cause of action.

## II.    <u>PRAYER FOR RELIEF</u>

Intervenor Plaintiffs pray that the Court grant this Motion and Order that Plaintiffs' Complaint be deemed filed as of the date this Motion was filed.

Respectfully submitted,

*s/ Sharonda C. Fancher*
SHARONDA C. FANCHER
Attorney for Plaintiff

3

**OF COUNSEL**:
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Tel. 205-326-0480
sfancher@bakerdonelson.com

_s/ Joseph David Sibley IV_
JOSEPH DAVID SIBLEY IV

**OF COUNSEL**:
CAMARA & SIBLEY, LLP
4400 Post Oak Parkway, Suite 2700
Houston, Texas 77027
Telephone: 713-966-6789

## CERTIFICATE OF CONFERENCE

I conferred with Defendants' counsel on the relief sought herein on April 29, 2020.  They did not respond as to whether they were opposed. Plaintiffs Trondheim and MTP are unopposed to this Intervention.

/s/ Joe Sibley

Joseph Sibley

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been served upon the following parties by electronically filing the foregoing with the Clerk of Court using the ECF system on this the 29th day of April, 2020.

Life Insurance Company of Alabama
c/o Registered Agent
M. Lynn Lowe
302 Broad Street
Gadsden, AL 35901

Anne Daugette Renfrow
340 Wildwood Road
Gadsden, Alabama 35901

Alburta Daugette Lowe
220 Dogwood Circle
Gadsden, Alabama 35901

Marvin Lynn Lowe
220 Dogwood Circle
Gadsden, Alabama 35901

Raymond Rudolph Renfrow, Jr.
340 Wildwood Road
Gadsden, Alabama 35901

Rosalie Renfrow Causey
411 Country Club Drive
Gadsden, Alabama 35901

Clarence William Daugette III
302 Broad Street
Gadsden, Alabama 35901

*s/ Joe Sibley*
 Of Counsel