

FILED

2020 Sep-04  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TRONDHEIM CAPITAL PARTNERS LP and MTP 401K PLAN, et al.,** | * * * * | |
| **Plaintiffs** | * * | |
| **vs.** | * * | **Case No. 4:19 -cv-01413-KOB** |
| **LIFE INSURANCE COMPANY OF ALABAMA, et al.,** | * * * | |
| **Defendants** | * * | |
| **LIFE INSURANCE COMPANY OF ALABAMA** | * * * | |
| **Nominal Defendant** | * | |

---

### DEFENDANTS' RESPONSE TO PLAINTIFFS'
### CONSOLIDATED MOTION TO STRIKE
### CERTAIN OF DEFENDANTS' REPLY BRIEFS

In their Motion to Strike, Plaintiffs complain that Defendants argued in their

Reply (Doc. 38) to Plaintiff's Response to Defendant's Motion to Dismiss Second

Amended  Consolidated Complaint (Doc. 38) that Count I to the Second Amended

Consolidated Complaint was a derivative claim.  Plaintiffs, however, admit that

Defendants had raised that issue in a prior Motion to Dismiss, Defendants Motion

to Dismiss for Lack of Jurisdiction.  (Doc. 15)   That motion to dismiss was based,

1

in part, on Plaintiffs' failure to comply with the pleading and notice requirements for derivative complaints set forth in Rule 23.1 FRCP.  Thus, the derivative nature of Count I was raised and argued in that motion.

Plaintiffs could not have been surprised when Defendants addressed the derivative counts in their Motion to Dismiss the Second Amended  Consolidated Complaint.  In that motion, Defendants' first heading stated: "**I.  THE SHAREHOLDER DERIVATIVE COUNTS - COUNTS I, III, V, VI, VII AND VIII.**"  The arguments that followed pertained to all of the derivative counts, including Count I.  Plaintiffs knew Defendants considered Count I to be a derivative count, as Defendants had contended in their prior motion to dismiss. The bottom line is that Count I of Plaintiffs Second Amended Consolidated Complaint is clearly a derivative count.  Plaintiffs attempt to prevail on a procedural technicality should not override that legal conclusion.  Plaintiffs' Motion to Strike should be denied.

Plaintiffs make a similar complaint regarding the scienter requirement of a 10b-5 claim.  Admittedly, that requirement was not addressed in Defendants' initial motion.  Because the scienter requirement is a known element of a Rule 10b(5), the argument raising Plaintiffs' failure to plead the lack of scienter should not come as a surprise.

Finally, Plaintiffs object to the Court considering the fact that the McCarron-Ferguson Act grants to the states, and the Alabama Insurance Code accepts, the regulation of insurance companies.  Although this law was not cited in Defendant's Motion to Abstain, the premise that Alabama's interest in the corporations it charters is even greater in the highly regulated insurance industry was raised in the motion.  Defendants' reference to the McCarron-Ferguson Act and the Alabama Insurance Code was made in their reply to Plaintiffs' argument that this Court should not abstain and should hear Plaintiffs' request to dissolve LICOA, an insurance company chartered and regulated by the State of Alabama. This Court should abstain.

For these reasons, Plaintiffs' Motion to Strike should be denied in its entirety.

Dated: September 4, 2020.

Respectfully submitted,

/s/ Charles A. Dauphin
Charles A. Dauphin (asb-5833-h65c)
Email: cdauphin@dauphinparis.com
Dauphin Paris LLC
300 Vestavia Parkway, Suite 3200
Birmingham, AL 35216
Tel.: 205-518-6821

/s/ F. Michael Haney
F. Michael Haney
Email: mikehaney@bellsouth.net
Inzer Haney McWhorter & Haney LLC
P.O. Box 287
Gadsden, AL 35902-0287
Tel.: 256-546-1656

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of September, 2020, I have served a copy of the above and foregoing on counsel for all parties by using the CM/ECF system which will send notification of such to:

Sharonda C. Fancher
Baker Donelson Bearman
  Caldwell & Berkowitz, P.C.
420 20th Street North, Suite 1400
Birmingham, AL  35203
Tel.: 205-326-0480

Joseph David Sibley IV
Camara & Sibley, LLP
4400 Post Oak Parkway, Suite 2700
Houston, TX  77027
Tel.: 713-966-6789

/s/ Charles A. Dauphin
Of counsel

4